AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dustin Coleman | ) | Case No. 3:14-mj-2 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July and August 2013__ in the county of _____ in the _____ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(4)(B) | Possession of Materials Involving the Sexual Exploitation of Minors |
| 18 USC 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:
see attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

TIMOTHY LITZINGER, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed ~~in my presence~~ by telephone.

Date: January 17, 2014

_Judge's signature_

City and state: Fargo, ND

KAREN K. KLEIN, U.S. Magistrate Judge
_Printed name and title_