AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| --- | --- |
| v. | ) |
| Dustin Coleman | ) Case No. 3:14-mj-2 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
UNITED STATES MARSHALS
JAN 17 2014
DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dustin Coleman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly possessing one or more materials containing a visual depiction that has been mailed, shipped, or transported in interstate or foreign commerce, which visual depiction involves the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct;
knowingly engaging, enticing, persuading, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been shipped in interstate commerce.

Date: January 17, 2014

*Issuing officer's signature*

City and state: Fargo, ND

KAREN K. KLEIN, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-17-2014, and the person was arrested on *(date)* 1-17-2014
at *(city and state)* Wahpeton, ND.

Date: 1-17-2014

*Arresting officer's signature*

Shane Conroy, SA
*Printed name and title*