UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:14-mj-02 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF CHRISTOPHER J.** |
| | ) | **LANCASTER** |
| DUSTIN COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Christopher J. Lancaster, being first duly sworn, deposes and states as follows:

1. I am an Assistant Federal Public Defender for the Districts of South Dakota and North Dakota.

2. There was an initial appearance in the above case held on January 17, 2014. Attorney Gene Doeling appeared at the hearing with Defendant.

3. I met with Defendant on January 22, 2014, to discuss his case with him. Our office conferred with attorney Doeling on January 17, 2014, and informed him that our office has assumed full representation of the above case.

Dated this 23rd day of January, 2014.

_____
Christopher J. Lancaster

Subscribed and sworn to before me this 23rd day of January, 2014.

ELIZABETH SCHWARTZ
Notary Public
State of North Dakota
My Commission Expires May 26, 2016

_____
Notary Public, Cass County, ND
My Commission Expires:_____

(SEAL)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2014, the following document(s):

**Affidavit of Christopher J. Lancaster**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Jennifer Puhl**
jennifer.puhl@usdoj.gov

**Gene W. Doeling**
gene@kaler-doeling.com

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

Dated: January 23, 2014.

/s/ *Christopher J. Lancaster*
Assistant Federal Public Defender